JS 44 (Ecw.7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
JORDAN M. ANGER, AUSA
United States Attorney's Office
970 Broad St., Room 700
Newark, New Jersey 07102

## DEFENDANTS

INTENTS RENTALS, LLC; KEVIN PRENTICE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Bergen
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | []1 | []1 | Incorporated or Principal Place | []4 | []4 |
| Citizen of Another State | []2 | []2 | Incorporated and Principal Place of Business in Another State | []5 | []5 |
| Citizen or Subject of a Foreign Country | []3 | []3 | Foreign Nation | []6 | []6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. § 1345 - United States as Plaintiff

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | [] 610 Agriculture | [] 422 Appeal 28 U.S.C. 158 | [] 400 State Reapportionment |
| [] 110 Insurance | [] 310 Airplane | [] 362 Personal Injury Med. Malpractice | [] 620 Other Food and Drug | | [] 410 Antitrust |
| [] 120 Marine | [] 315 Airplane Product Liability | | [] 625 Drug Related Seizure at Property 21 U.S.C. 881 | [] 423 Withdrawal 28 U.S.C. 157 | [] 430 Banks and Banking |
| [] 130 Miller Act | [] 320 Assault, Libel and Slander | [] 365 Personal Injury Product Liability | [] 630 Liquor Laws | | [] 450 Commerce/ICC Rates/etc |
| [] 140 Negotiable Instrument | [] 330 Federal Employers' Liability | [] 368 Asbestos Personal Injury Prod. Liab. | [] 640 R.R. and Truck | | [] 460 Deportation |
| [] 150 Recovery of Overpayment and Enforcement of Judgment | | | [] 650 Airline Regs. | **PROPERTY RIGHTS** | [] 470 Racketeer Influenced Corrupt Organizations |
| [] 151 Medicare Act | | PERSONAL PROPERTY | [] 660 Occupational Safety/Health | [] 820 Copyrights | [] 810 Selective Service |
| [] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [] 340 Marine | [] 370 Other Fraud | [] 690 Other | [] 830 Patent | [] 850 Securities/Commodities/Exchange |
| | [] 345 Marine Product Liability | [] 371 Truth in Lending | | [] 840 Trademark | [] 875 Customer Challenge 12 U.S.C. 3140 |
| [] 153 Recovery of Overpayment at Veteran's Benefits | [] 350 Motor Vehicle | [] 380 Other Personal Property Damage | | | [] 891 Agricultural Acts |
| [] 160 Stockholders' Suits | [] 355 Motor Vehicle Product Liability | [] 385 Property Damage Prod. Product Liability | **LABOR** | **SOCIAL SECURITY** | [] 892 Economic Stabilization Act |
| [X] 190 Other Contract | [] 360 Other Personal Injury | | [] 710 Fair Labor Standards Act | [] 861 HIA (1395ff) | [] 893 Environmental Matters |
| [] 195 Contract Product Liability | | | | [] 862 Black Lung(923) | [] 894 Energy Allocation Act |
| | | | | [] 863 DIWC/DIWW (405(g)) | [] 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITION** | [] 720 Labor/Mgmt. Relations | [] 864 SSID Title XVI | |
| | | | [] 730 Labor/Mgmt. Reporting and Disclosure Act | [] 865 RSI (405(g)) | [] 900 Appeal of Fee Determ. Under Equal Access to Justice |
| [] 210 Land Condemnation | [] 441 Voting | [] 510 Motions to Vacate Sentence Habeas Corpus: | | **FEDERAL TAX SUITS** | [] 950 Constitutionality of State Statutes |
| [] 220 Foreclosure | [] 442 Employment | | [] 740 Railway Labor Act | | |
| [] 230 Rent Lease and Ejectment | [] 443 Housing/Accommodations | [] 530 General | [] 790 Other Labor Litigation | [] 870 Taxes (U.S. Plaintiff or Defendant) | [] 890 Other Statutory Actions |
| [] 240 Torts to Land | [] 444 Welfare | [] 535 Death Penalty | | | |
| [] 290 All Other Real Property | [] 440 Other Civil Rights | [] 540 Mandamus and Other | [] 791 Empl. Ret. Inc. Security Act | [] 871 IRS - Third Party 26 U.S.C. 7609 | |
| | | [] 550 Other (including 1983 Actions) | | | |

## VI. ORIGIN

[x] 1 Original Proceeding
[] 2 Removed from State Court
[] 3 Remanded from Appellate Court
[] 4 Reinstated or Reopened
[] 5 Transferred from another district (specify)
[] 6 Multidistrict Litigation
[] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
[] UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [] YES [] NO

## VII. RELATED CASE(S) IF ANY

(See instructions):

DATE 11/1/2019

SIGNATURE OF ATTORNEY OF RECORD

JORDAN M. ANGER, Assistant United States Attorney

CRAIG CARPENITO
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
Email: jordan.anger@usdoj.gov
(FLU:YH)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **HON.** |
| *Plaintiff,* | : | *Civil Action No.* |
| v. | : | **COMPLAINT** |
| INTENTS RENTALS, LLC; KEVIN PRENTICE, | : | |
| *Defendant.* | : | |

CRAIG CARPENITO, United States Attorney for the District of New Jersey, on behalf of plaintiff, United States of America, for its Complaint against defendants, INTENTS RENTALS, LLC and Kevin Prentice, says that:

1. This is a civil action brought on behalf of the United States of America and this Court has jurisdiction under the provisions of 28 U.S.C. Section 1345.

2. The defendants reside in Wood Ridge, within the state and district of New Jersey.

3. Defendants owe plaintiff the principal sum of $150,781.67, plus interest, as more fully set forth on the Certificate of Indebtedness attached hereto as Exhibit "A".

4. Due demand has been made for payment.

THEREFORE, plaintiff demands judgment against defendant as follows:

a. In the amount of $217,371.97 ($150,781.67 principal, $8,953.79 interest accrued through March 22, 2019), and $57,636.51 administrative fees;

b. Interest to accrue at the rate of 4% per annum from March 23, 2019 to date of judgment;

c. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

d. Costs of suit; and

e. For such other relief as this Court may deem just.

CRAIG CARPENITO
UNITED STATES ATTORNEY

By: JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. SMALL BUSINESS ADMINISTRATION
<u>CERTIFICATE OF INDEBTEDNESS</u>

Intents Rentals, LLC
1 Passaic Street, Bldg. 56
Woodridge, NJ 07075
EIN: 80-0193189

Kevin Prentice
58 Jay Street
Hackensack, NJ 07601
SSN: 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

RE: TRFM2014261014

I hereby certify, as part of my duties with the U.S. Department of the Treasury (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Small Business Administration (SBA) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the debt owed by Intents Rentals, LLC and Kevin Prentice (DEBTORS) to SBA.

On February 2, 2012, the DEBTORS executed a promissory note and unconditional guarantee loan agreement for $153,700.00, with interest accruing at variable rates, with the initial rate of 4.00%, except as otherwise provided within the Promissory Note with PNC Bank, N.A. (LENDER). Pursuant to Section 7(a) of the Small Business Act as amended, the SBA guarantees 100% of this loan.

From February 17, 2012 through April 24, 2012, the LENDER disbursed a total of $153,717.00 of which the DEBTORS made payments totaling $17,564.66. The payments were applied, $7,018.99 to the principal and $9,138.95 to the interest. The DEBTORS became delinquent on the obligation on April 4, 2014 with a balance due of $150,781.67, due to the delinquency the SBA had to pay the guaranteed 100% and became holder of the Note.

SBA referred the claim to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) to collect the delinquent debt on September 23, 2014. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from SBA.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $150,781.67. As of March 22, 2019, the DEBTOR is indebted to the United States in the amount stated as follows:

| | |
|---|---|
| Principal: | $ 150,781.67 |
| Interest (@4.00%): | $ 8,953.79 |
| Admin Fees: | $ 57,636.51 |
| **Total:** | **$ 217,371.97** |

1



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. SMALL BUSINESS ADMINISTRATION
<u>CERTIFICATE OF INDEBTEDNESS</u>

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of SBA based on his/her knowledge at or near the time the events were recorded, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded. Treasury's regular business practice is to receive, store and rely on the documents provided by SBA, when debts are referred to Treasury for collection activities, including litigation.

The balance stated in the case listed above is current as of March 22, 2019, including any applicable interest, penalties, administrative fees, and DMS & DOJ fees (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by SBA and information contained in Treasury's records.

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

2